# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 5:14-CR-63-MTT |
| | : |
| v. | : VIOLATION: 21 U.S.C. § 841(a)(1) |
| | : 21 U.S.C. § 841(b)(1)(C) |
| LARRY CHARLES AKINS | : 18 U.S.C. § 2 |
| | : |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
**POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE**

That on or about March 19, 2014, in the Macon Division of the Middle District of Georgia, the defendant,

**LARRY CHARLES AKINS,**

aided and abetted by others unknown to the Grand Jury, did unlawfully and knowingly possess with the intent to distribute a Schedule II controlled substance, to-wit: a mixture and substance containing methamphetamine, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

A TRUE BILL.

s/ _____
FOREPERSON OF THE GRAND JURY

PRESENTED BY:
MICHAEL J. MOORE
UNITED STATES ATTORNEY

_____
CHARLES L. CALHOUN
ASSISTANT UNITED STATES ATTORNEY

*Filed in open court this* __14th__ *day of*
__October__   A.D. 20 14   .
              C. Shunford
              Deputy Clerk